UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

EEOC, et al.

v.                                         Case No. 03-cv-426-PB

Fred Fuller Oil Co., Inc, et al.

**J U D G M E N T**

In accordance with the Consent Decree approved by Judge Paul Barbadoro on July 1,

2005, judgment is hereby entered.

By the Court,

James R. Starr, Clerk

July 5, 2005

cc:    Peter Callaghan, Esq.
       Leslie Johnson, Esq.
       Markus Pensel, Esq.
       Michael Messerschmidt, Esq.
       Katherine Perrelli, Esq.